# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-09017-RGK-AGR | Date | January 31, 2020 |
|---|---|---|---|
| Title | *Shonta Woodmore v. Solitaire Holdings, LLC et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On October 18, 2019, Plaintiff Shonta Woodmore ("Plaintiff") filed a collective action complaint against Defendants Solitaire Holdings, LLC, Long Kim Huot, and Tawny Huot. Plaintiff is an exotic dancer who alleges three claims against her former employer: (1) failure to pay minimum wages, 29 U.S.C. § 206; (2) failure to pay overtime wages, 29 U.S.C. § 207; and (3) unlawful taking of tips, 29 U.S.C. § 203. Plaintiff's first and second claims are based on her employer's purported misclassification of Plaintiff as an independent contractor. All of Plaintiff's claims are brought under the Fair Labor Standards Act ("FLSA").

On January 3, 2020, the parties filed a Joint Motion for Approval of FLSA Settlement. The Court requires supplemental briefing on the estimated value of Plaintiff's FLSA claims. The parties shall file a joint brief not to exceed 2 pages **no later than February 7, 2020**.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer

_____