JS-6

# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SHONTA WOODMORE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> SOLITAIRE HOLDINGS, LLC dba KNOCKOUTS, a Delaware Limited Liability Company; LONG KIM HUOT, an individual; TAWNY HUOT, an individual; DOE MANAGERS 1-3; and DOES 4-100, inclusive, <br><br> Defendants. | Case No.: 2:19-cv-09017-RGK-AGR <br><br> **Assigned to Hon. R. Gary Klausner** <br><br> [~~Proposed~~] **ORDER GRANTING JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND DISMISSAL OF LAWSUIT** <br><br> Date: February 3, 2020 <br> Time: 9:00 a.m. <br> Dept: Courtroom 850, 8th Floor |

1  This Court, having considered plaintiff Shonta Woodmore ("Plaintiff") and defendants Solitaire Holdings, LLC dba Knockouts, Long Kim Hout and Tawny Hout (collectively, "Defendants") (Plaintiff and Defendants will be referred to collectively as the "Parties") Joint Motion for Approval of FLSA Settlement, the declaration and supporting exhibits, and good cause appearing, thhe Court makes the following Order:

The Court finds the settlement fair and reasonable pursuant to the FLSA.

Therefore, the Court hereby GRANTS the Joint Motion and rules as follows:

The Settlement is approved and $5,100 allocated to Plaintiff and $4,500 in attorney's fees to Kristensen LLP are reasonable as are the $400 in costs.

**IT IS SO ORDERED.**

Dated: February 9, 2020

_____
Honorable R. Gary Klausner
United States District Judge